MATTHIAS WILLIAMSON *against* JAMES BROWN.

If from a judgment rendered by a justice in favor of a defendant, the plaintiff appeals, and on the trial of the appeal submit the cause to a jury, he cannot, by voluntarily withdrawing or neglecting to appear when called, obtain a non-suit, or prevent a verdict being rendered against him.

M. Williamson brought an action in a plea of debt, against James Brown, before a justice of the peace. Brown filed an account by way of set off. On the trial, a verdict was found in favor of Brown for a certain sum, for which, with costs, judgment was rendered. Williamson appealed; and in the Court of Common Pleas, the jury, after having heard the cause and withdrawn for a time, returned into court to render their verdict. Williamson did not appear, but the court received the verdict, which was again in favor of Brown, and rendered judgment upon it.

Williamson *v.* Brown.

*Scudder* moved to reverse this judgment. He contended that Williamson had a legal right to withdraw, and of his own choice to submit to a non-suit; and that the court, instead of receiving the verdict, should have dismissed the jury and rendered judgment of non-suit.

*John J. Chetwood,* contra, relied on *Reed* v. *Rocap,* 4 *Halst.* 347.

BY THE COURT. Although not precisely the same in point of fact, this case is within the principles on which the decision was made in *Reed* v. *Rocap.*

Let the judgment be affirmed.